TITRA FILM LABORATORIES, INC., PLAINTIFF-PETI-
TIONER, v. FRANK E. MANFREDI, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Leo C. Zucker* and *Mr. William Rossmore* for the
petitioner.

*Mr. Isadore Glauberman* and *Mr. Victor S. Kilkenny* for
the respondents.

November 7, 1955.

JULIA TRECARTIN, ADMINISTRATRIX, ETC., PLAINTIFF,
v. MAHONY-TROAST CONSTRUCTION CO., DEFEND-
ANT AND THIRD-PARTY PLAINTIFF-PETITIONER, AND
TERRY STEEL CONTRACTORS, INC., THIRD-PARTY
DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Shaw, Hughes & Pindar* for the petitioner.

*Messrs. Stoffer & Jacobs* for the respondent.